✎ PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 01 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

U.S.A. vs.   Ceja, Emmanuel                    Docket No.   0980 2:12CR02093-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the Court at Yakima, Washington, on the 21, day of December, 2012 under the following conditions:

Defendant shall appear at all proceedings as required and shall surrender for service of any sentenced imposed as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by failing to surrender for sentence at Sheridan Correctional Facility on September 17, 2013.

PRAYING THAT THE COURT WILL ORDER A WARRANT

ORDER OF COURT

Considered and ordered this _____ day of _October_, 2013   and ordered filed and made a part of the records in the above case.

_Edward F. Shea_
Edward F. Shea
Senior U.S. District Judge

Respectfully,

s/Carrie A. Valencia
_____
Carrie A Valencia
U.S. Pretrial Services Officer

Place   Eastern District of Washington

Date  September 18, 2013