PROB 12C
(6/16)

Report Date: August 16, 2016

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 16, 2016

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Emmanuel Ceja                    Case Number: 0980 2:12CR02093-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence:  August 7, 2013

| | | |
|---|---|---|
| Original Offense: | Manufacturing Marijuana, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 366 days;<br>TSR - 24 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: January 12, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: January 11, 2017 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: Mr. Ceja provided a urine sample on June 17, 2016, which tested presumptive positive for amphetamines and THC.  The sample was confirmed positive for amphetamine and marijuana metabolite through laboratory analysis on June 23, 2016. Mr. Ceja signed an admission form on June 17, 2016, admitting he used marijuana on or about June 1, 2016.

Mr. Ceja provided a urine sample on July 1, 2016, which was presumptive positive for amphetamine and THC.  The defendant signed an admission form advising he used methamphetamine on or about June 30, 2016, and his last use of marijuana was about two to three weeks ago.  The sample was sent to the laboratory for further analysis, which was confirmed to be positive for amphetamines and marijuana metabolite on July10, 2016.

Prob12C
**Re: Ceja, Emmanuel**
**August 16, 2016**
**Page 2**

2          **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Ceja was directed to report to the U.S. Probation office between the first and the fifth of each month and complete his monthly report form. He failed to report between August 1, through 5, 2016, as directed.

3          **Special Condition # 14**: You shall enter into and actively participate in a GED program as directed by the supervising officer.

**Supporting Evidence**: This officer met with Mr. Ceja on April 5, 2016, and provided him with information about an opportunity to attend a GED program.  This officer met with the offender on May 5, 2016, and he advised he had not followed up with the GED program, but agreed to go to the local community college and get information on the GED classes.  He provided a paper from the college to this officer on May 9, 2016, outlining the dates of testing; however he has yet to follow through with the testing or classes.

4          **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 1, 2016, Mr. Ceja committed to completing a substance abuse assessment by July 8, 2016.  He stated he is helping his father with the orchard, but he would be able to get away to complete the evaluation.  To date, he has not completed the substance abuse assessment.

5          **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Ceja missed his random urinalysis tests  on the following dates: July 8, 18, and 20, 2016; and August 5, 2016.

6          **Standard Condition # 5**:  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

**Supporting Evidence**: Mr. Ceja worked for Cowiche Growers from June 2015, through October 10, 2015, when he was terminated from employment due to not showing up for work and requesting to leave work early. Since this date, the defendant has not been gainfully employed; however, he has stated he has been assisting his father with his orchard, but does not receive financial payment for the work.  Additionally, he has stated he wanted to focus on obtaining his GED and has not obtained a full-time job.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Ceja, Emmanuel**
**August 16, 2016**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 16, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

08/16/2016

Date