PROB 12C
(6/16)

Report Date: September 1, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Emmanuel Ceja | Case Number: 0980 2:12CR02093-EFS-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 7, 2013

Original Offense:    Manufacturing Marijuana, 21 U.S.C. § 841(a)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison 366 days; TSR - 24 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: January 12, 2015 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 11, 2017 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/16/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: This officer conducted a home visit at Mr. Ceja's reported address. This officer spoke with the defendant's father and his sister-in-law who both advised the defendant was last at the residence on August 25, 2016, and he has not been back. They reported they are not sure where he may be living. |
| 8 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Ceja failed to report for urinalysis testing on August 15 and 23, 2016. |

Case 2:12-cr-02093-EFS    Document 115    Filed 09/01/16

Prob12C
**Re: Ceja, Emmanuel**
**September 1, 2016**
**Page 2**

| | | |
|---|---|---|
| 9 | **Mandatory Condition**: While on supervised release, the defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Ceja was cited for Third Degree Driving While License Suspended on June 11, 2016, in Yakima County District Court, Yakima, Washington, under case number 6Z0643539. He failed to appear for his hearing on August 12, 2016, leading to the issuance of a bench warrant. The warrant is currently active and expires August 12, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/01/2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer
September 1, 2016
Date