PROB 12C
(6/16)

Report Date: January 12, 2017

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

Jan 12, 2017

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Emmanuel Ceja | Case Number: 0980 2:12CR02093-EFS-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: August 7, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Self-Surrender for Service of Sentence, 18 U.S.C. § 3146(a)(2) | | |
| Original Sentence: | Prison - 366 days; TSR - 24 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: October 6, 2016 | Prison - 90 days; TSR - 24 months | | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 28, 2016 | |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: November 27, 2018 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 23**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Ceja provided a random urinalysis specimen on January 5, 2017, which tested presumptive positive for amphetamines.  The sample was confirmed positive for amphetamines through laboratory analysis on January 9, 2017. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. Ceja met with this officer and indicated he started the intensive outpatient program (IOP) on January 3, 2017.  He said he missed his group session on January 4, 2017, but would meet with his counselor on January 5, 2017, and ask to be referred for inpatient treatment.  This officer learned from the substance abuse counselor on January 5, 2017, the defendant had not yet attended any IOP session. |

3  **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Ceja submitted a written monthly report form on January 5, 2017, indicating he was living at 3421 Rosenkranz Road, Tieton, Washington.

On January 11, 2017, this officer completed a home visit to the defendant's reported residence. Several family members advised Mr. Ceja is not living at the home and has not been there for over 1 month.

4  **Special Condition # 20**: You shall enter into and actively participate in a GED program as directed by the supervising officer.

**Supporting Evidence**: On November 30, 2016, Mr. Ceja met with this officer and he was provided a document listing several general educational development certificate (GED) programs offered in the community. This officer met with Mr. Ceja on January 5, 2017, and he indicated he had not yet explored any of the GED options or programs.

5  **Special Condition # 22**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Ceja completed a substance abuse assessment on December 13, 2016, at Merit Resource Services which recommended the defendant enter into and successfully complete the IOP program. He was to start IOP sessions on January 3, 2017; however, he has failed to attend any of the sessions, leading to his termination from the program on January 11, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 12, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

January 12, 2017

Date